# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0222, <u>Bruce Pollard v. Laurie Ann MacKinnon</u>, the court on April 1, 2021, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  See <u>Sup. Ct. R.</u> 18(1). The plaintiff, Bruce Pollard, appeals the decision of the Superior Court (<u>Schulman</u>, J.), following a bench trial, denying his claim against the defendant, Laurie Ann MacKinnon, for compensation under a theory of quantum meruit.  The plaintiff argues that the trial court erred in concluding that it was not reasonable for him to expect payment for his services under the circumstances.

As the appealing party, the plaintiff has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error.  See <u>id</u>.  We affirm.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**